# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KAYLA MCLEOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02286 |
| ) | Judge Trauger |
| AMERICAN BAPTIST THEOLOGICAL ) | |
| SEMINARY, *doing business as* American ) | |
| Baptist College, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 8, 2019, the magistrate judge issued a Report and Recommendation (Docket No. 11), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED without prejudice for failure to obtain service of process and to prosecute.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 23rd day of July 2019.

_____
ALETA A. TRAUGER
U.S. District Judge